FILED
2024 Aug-29 AM 11:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/DSM: Sept. 2024
GJ #29

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) Case No. |
| | ) |
| **RODERICK DARNELL JACKSON, JR.** | ) |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>:
*Felon in Possession of a Firearm*
**18 U.S.C. § 922(g)(1)**

The Grand Jury charges that:

On or about the 28th day of April 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

**RODERICK DARNELL JACKSON, JR.**,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a **Glock .40 caliber pistol**, and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). Jackson was previously convicted on September 25, 2023, in the Bessemer Division of the Circuit Court of Jefferson County, Alabama, of the felony offenses of **Receiving Stolen Property, First Degree**, in case number CC-2023-446, and **Receiving Stolen**

**Property, First Degree**, in case number CC-2023-447, and **Operating Auto Theft Facility**, in case number DC-2022-2371; each of the said offenses being a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO:
*Possession of Machinegun*
**18 U.S.C. §§ 922(o) and 924(a)(2)**

The Grand Jury charges that:

On or about the 28th day of April 2024, in Jefferson County, within the Northern District of Alabama, the defendant,

**RODERICK DARNELL JACKSON, JR.**,

did knowingly possess a machinegun, that is, a **Glock .40 caliber pistol** with an attached **machinegun conversion device,** designed and intended solely and exclusively for use in converting a semiautomatic Glock-style handgun into a machinegun capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## NOTICE OF FORFEITURE
## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1.     The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.     Upon conviction of the offense charged in Count One and Two of this Indictment for violations of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 922(o), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **Glock .40 caliber pistol, bearing serial number XUL883, and any associated magazines and ammunition.**

A TRUE BILL

*/s/ electronic signature*
_____
FOREPERSON OF THE GRAND JURY

                                                  PRIM F. ESCALONA
                                                  United States Attorney

                                                  */s/ electronic signature*
                                                  _____
                                                  DANIEL S. MCBRAYER
                                                  Assistant United States Attorney